IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JIMMY DALE MILLER, <br>     Plaintiff, | | |
| vs. | No. | 11-436-SCW |
| JEANNE CAMPANELLA, PHILLIP MARTIN, LORIE CUNNINGHAM, MR. BLEVINGS, SARAH GOBLE, STEPHANIE REED, TAMMY KIMMEL, MS. JARRAD, MS. CLEVY, LINDA CUSICK, JAMES HIGGINS, MR. JOHNSON, MR. AUSHBROOK, DOUG LINE, DANIEL DOWNEN, WARDEN RYKER, WARDEN HODGES, CECIL VAUGH, REESE (or REIS), C/O KESSELL, LT. WALTER, LT. JAMES T. OCHS, LT. T. STUCK, C/O CASHBURN, MR. BUTCHER, LEO AUSBROOK, SUMMER, MR. LYNCH, MR. SORENSEN, MS. KIM GARRARD, KEVIN BLEVINS, WARDEN RYKER, DR. JAMES FENOGLIO, MD., MS. KELLEY KAISER and WEXFORD HEALTH SOURCES, INC., <br>     Defendant(s), | | |

## JUDGMENT IN A CIVIL CASE

Defendants Mr. Blevings, Ms. Jarrad, Ms. Clevy, Mr. Johnson, Mr. Aushbrook, Warden Ryker, Warden Hodges, Cicil Vaughn, Reese (or Reis), C/O Kessell, Lt. Walters, Lt. James T. Ochs, Lt. T. Stuck, C/O Cashburn and Mr. Butcher were dismissed without prejudice on August 27, 2012 by an Order entered by Chief Judge Michael J. Reagan (Doc. 39).

Defendant Ms. Kelley Kaiser was dismissed without prejudice on August 6, 2013 by and Order entered by Chief Judge Michael J. Reagn (Doc. 151)

Defendants Daniel Downen, Summer, Mr. Sorensen and Dr. James Fenoglio, MD were dismissed on March 1, 2017 by an Order entered by Magistrate Judge Stephen C. Williams (Doc. 251).

Defendants Jeanne Campanella, Phillip Martin, Lorie Cunningham, Sarah Goble, Stephanie Reed, Tammy Kimmel, Linda Cusick, James Higgins, Doug Line, Leo Aushbrook, Mr. Lynch, Ms. Kim Garrard, Kevin Blevins, Warden Ryker and Wexford Health Sources were dismissed with prejudice on April 3, 2017 by and Order entered by Magistrate Judge Stephen C. Williams (Doc. 255).

Defendants Lorie Cunningham, Sarah Goble, Stephanie Reed, Tammy Kimmel, Linda Cusick, James Higgins and Kevin Blevins,  were dismissed with prejudice on August 25, 2017 by and Order entered by Magistrate Judge Stephen C. Williams (Doc. 266).

**THEREFORE, IS ORDERED AND ADJUDGED** Judgment is entered in favor of Defendants Jeanne Campanella, Phillip Martin, Lorie Cunningham, Sarah Goble, Stephanie Reed, Tammy Kimmel, James Higgins, Doug Line, Daniel Downen, Leo Ausbrook, Summer, Mr. Lynch, Mr. Sorensen, Ms. Kim Garrard, Kevin Blevins, Warden Ryker and Dr. James Fenoglio, MD and against Plaintiff Jimmy Dale Miller.

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to an Order entered by United States Magistrate Judge Stephen C. Williams on April 3, 2017 (Doc. 255) and February 2, 2018 (Doc. 272) the remaining claim in the above-captioned action were **DISMISSED** with prejudice.

The Plaintiff should take notice of the fact that he has 28 days from the date of this judgment for filing a motion for new trial or motion to amend or alter judgment under Rule 59(b) or (e) of the Federal Rules of Civil Procedure.  These deadlines for motions under Rule 59 cannot be extended by the Court.  The Plaintiff should also note that he has 30 days from the date of this

judgment to file a notice of appeal. This period can only be extended if excusable neglect or good cause is shown.

Dated: March 16, 2018

**Justine Flanagan, Acting Clerk of Court**

**By: s//Angela Vehlewald**
Deputy Clerk

**Approved:** *s//Stephen C. Williams*
**STEPHEN C. WILLIAMS**
**UNITED STATES MAGISTRATE JUDGE**